IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL ACTION FILE |
| v. | ) |
| | ) NUMBER 3:13-cr-5-1-TCB |
| ARTHUR WAYNE SINGLETON, | ) |
| | ) |
| Defendant. | ) |

## ORDER AMENDING THE JUDGMENT AND COMMITMENT

This matter came before the Court on June 20, 2013 for sentence. It has come to the Court's attention that the Judgment and Commitment failed to include the amount and payment information for victims for the restitution owing. It should be noted that the Defendant has already paid the following amounts in restitution to the Clerk of Court:

Restitution in the amount of $181,556 is due and payable immediately.

| | |
|---|---|
| U.S. Army<br>Ref: Contract #W9128F-08-C-0021<br>1616 Capital Avenue<br>Omaha, NE 68102 | $142,894.00 |

| | |
|---|---|
| U.S. Department of Agriculture<br>Attn: Robert Magill<br>Case number AT-0219-0001<br>5601 Sunnyside Avenue, GWCC 3-2190<br>Beltsville, MD 20705 | 29,024.00 |
| U.S. Coast Guard CFP<br>PO Box 531112<br>Atlanta, GA 30353-1112 | 9,638.00 |
| **TOTAL DUE** | **$181,556.00** |

It is hereby ORDERED AND ADJUDGED that the Judgment and Commitment be amended as stated.

It is further ORDERED that the judgment remain the same in every other respect.

The Clerk shall serve a copy of this Order upon Defendant, his counsel, the Probation Office, the United States Attorney, and the United States Marshal.

IT IS SO ORDERED this 1st day of July, 2013.

_____
Timothy C. Batten, Sr.
United States District Judge

2